In the Matter of KAYLA B. and Others, Children Alleged to be Neglected. CHERAYA G. et al., Respondents; COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES et al., Appellants. [690 NYS2d 444] —Order, Family Court, Bronx County (Marjory Fields, J.), entered on or about August 18, 1998, which, after a fact-finding hearing, dismissed the neglect petition against respondents Cheraya G. and Reginald C., unanimously affirmed, without costs.

Based on the hearing evidence, Family Court's findings, that the violent domestic incident between respondent mother and her boyfriend had been an isolated episode, and that the incident was, by itself, insufficient to sustain the neglect petition, were proper. Petitioner did not establish by a preponderance of the evidence that the physical, mental, or emotional condition of the children had been placed in danger of impairment as a result of respondent mother's conduct (*see*, Family Ct Act § 1012 [f] [i]; § 1046 [b] [i]). Concur—Rosenberger, J. P., Tom, Rubin, Saxe and Buckley, JJ.

INCOR REALTY CORP., Respondent, v BRADFORD N. SWETT, Appellant. [690 NYS2d 443] —Order, Supreme Court, New York County (Ira Gammerman, J.), entered February 18, 1999, which denied defendant's motion to vacate a judgment entered against him upon his default, unanimously affirmed, with costs.

Defendant's conflicting explanations undermine his claim that his default was the result of his prior counsel's neglect. In any event, defendant failed to demonstrate the merit of his defenses. We have considered defendant's remaining arguments and find them to be unavailing. Concur—Rosenberger, J. P., Tom, Rubin, Saxe and Buckley, JJ.